# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2009

139227

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STATE TREASURER,
　　　　　Plaintiff-Appellee,

v

TIMOTHY SPRAGUE,
　　　　　Defendant-Appellant,
and

JOHN GILMAN and DOW CHEMICAL
EMPLOYEES CREDIT UNION,
　　　　　Defendants.

SC: 139227
COA: 281961
Bay CC: 07-003569-CZ

_____/

　　　　On order of the Court, the application for leave to appeal the June 4, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　KELLY, C.J., and CAVANAGH and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2009

_____
Clerk